USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

December 30, 2020

BY ECF

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Request GRANTED. SO ORDERED.
Dated: 12/30/2020

*/s/ Stewart D. Aaron/*

Re: Patricia Young v. Comm'r of Soc. Sec.
   20 Civ. 3604 (SDA)

Dear Judge Aaron:

Pursuant to the scheduling order in the above-referenced Social Security case, the government's cross-motion for judgment on the pleadings is due January 4, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the date for the government's brief be adjourned for 30 days, until February 3, 2021, with plaintiff's reply brief to be due by February 24, 2021. The reason for this request is to allow sufficient time for the Social Security Administration's evaluation of this case. No prior adjournment has been requested in this case. We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By:   s/ *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc: Hannalore B. Merritt, Esq.