```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2021
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

February 8, 2021

BY ECF

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Request GRANTED. SO ORDERED.
Dated: 2/8/2021

      Re:  Patricia Young v. Comm'r of Soc. Sec.
           20 Civ. 3604 (SDA)

Dear Judge Aaron:

      The government's cross-motion for judgment on the pleadings was due on February 3, 2021, in the above-referenced Social Security case. We write respectfully to request, with the consent of plaintiff's counsel, that the date for the government's brief be adjourned *nunc pro tunc* until February 17, 2021, with plaintiff's reply brief to be due by March 10, 2021. The reason for this request is a recent injury suffered by the undersigned. One prior adjournment was granted for the government's brief. We regret any inconvenience caused by this delay and appreciate the Court's consideration of this request.

                                  Respectfully,

                                  AUDREY STRAUSS
                                  Acting United States Attorney

                By:        s/  *Susan D. Baird*
                         SUSAN D. BAIRD
                         Assistant United States Attorney
                         tel. (212) 637-2713
                         Susan.Baird@usdoj.gov

cc: Hannalore B. Merritt, Esq.