UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Patricia Young,
                              Plaintiff,
     -against-
Andrew Saul, Commissioner of Social
Security,
                              Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021

1:20-cv-03604 (MKV) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Pursuant to the Court's Order dated February 8, 2021 (ECF No. 20), Plaintiff's Reply brief was due by March 10, 2021. If no Reply is filed by Wednesday, March 24, 2021, the Court will deem the parties' cross-motions fully briefed.

**SO ORDERED.**

DATED:   New York, New York
         March 17, 2021

_____
STEWART D. AARON
United States Magistrate Judge