# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

**Patricia Young,**

                Plaintiff,                20 **CIVIL** 3604 (SDA)

    -against-                      **JUDGMENT**

**Kilolo Kijakazi,**

                Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 13, 2021, Plaintiff's motion is DENIED, and the Commissioner's cross-motion is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
           September 15, 2021

                                            **RUBY J. KRAJICK**
                                                **Clerk of Court**
                              **BY:**
                                                  **Deputy Clerk**